UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff

vs

Alfonzo Eugene Williams

        Defendant.

**ORDER**
Criminal No. 07-278 (12) PAM

_____

Defendant's Supervised Release term is modified to include:

The defendant to be placed on electronic home monitoring for a period of 60 days. The defendant shall not be required to pay the costs of the electronic monitoring. The defendant shall be afforded work release privileges during this time period. All other terms and conditions of supervised release previously imposed remain in effect.

Dated: September 28, 2010

                              s/Paul A. Magnuson
                              Paul A. Magnuson, Judge
                              United States District Court